# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1200
Lower Tribunal No. 21-1319B

_____

**K.E., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

K.E., a juvenile, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and EMAS and MILLER, JJ.

PER CURIAM.

Affirmed.